[No. 40535-7-I.    Division One.    December 29, 1997.]

DAVID WHITE, ET AL., *Appellants*, v. THE CITY OF
BLAINE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-02021-4, David A. Nichols, J., entered March 18, 1996. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Kennedy and Coleman, JJ.

[No. 40552-7-I.    Division One.    December 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM D.
McCRAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00040-0, Charles V. Johnson, J., entered April 9, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 15829-2-III.    Division Three.    December 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
LUTHER WOOSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 95-1-00445-8, Evan E. Sperline, J., entered April 1, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 15879-9-III.    Division Three.    December 30, 1997.]

ROBERT DYER, ET AL., *Appellants*, v. SOAP LAKE
SCHOOL DISTRICT NO. 156, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-2-00665-3, Evan E. Sperline, J., entered April 24, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Kurtz, J.